**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    In Adolfo Serrano

Appellate case number:    01-22-00734-CV

Trial court case number:    2022-21527

Trial court:    234th District Court of Harris County

Relator, Adolfo Serrano, filed a petition for writ of mandamus, asking this Court to vacate the trial court's order signed on October 4, 2022 granting the motion to compel filed by Quincey Chavis, Individually, and Quincy Chavis A/N/F of B.C.

The Court requested a response from real parties but no response was filed. It has come to the Court's attention that the trial court may have vacated its October 4, 2022 order. If the order challenged in this original proceeding has been vacated, then the original proceeding may be moot. *See In re Chaiken*, No. 01-21-00200-CV, 2022 WL 3588716, at *1 (Tex. App.—Houston [1st Dist.] Aug. 23, 2022, orig. proceeding) (dismissing as moot petition for writ of mandamus because orders challenged in petition were vacated).

Accordingly, unless relator files a response within 10 days from the date of this order, explaining why this original proceeding is not moot, the Court will dismiss the proceeding as moot.

It is so ORDERED.

Judge's signature:  /s/ Richard Hightower
                   ☑ Acting individually


Date:  November 8, 2022